**PRHLAW**LLC
PAUL R. HEJMANOWSKI (SBN 94)
paul@prhlawllc.com
CHARLES H. McCREA (SBN104)
charles@prhlawllc.com
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
Telephone:  (702) 834-6166

**BAUTE CROCHETIERE HARTLEY & McCOY** LLP
MARK D. BAUTE (CA SBN 127329)*
mbaute@bautelaw.com
ARTYOM BAGHDISHYAN (CA SBN 299113)*
abaghdishyan@bautelaw.com
MATHEW RALPH M. SANTIAGO (CA SBN 358876)*
msantiago@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

*Will comply with LR IA 11-2 within 14 days.*

*Attorneys for Defendant CADEN FLETCHER*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>          v.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS for the NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA RENO; and CADEN FLETCHER (individually),<br><br>                    Defendants. | Case No. 3:25-cv-00364-MMD-CLB<br><br>Action Filed:    July 17, 2025<br>FAC Filed:       October 2, 2025<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CADEN FLETCHER TO FILE HIS RESPONSIVE PLEADING TO PLAINTIFF'S UNVERIFIED FIRST AMENDED COMPLAINT** |

Defendant Caden Fletcher ("Defendant"), by and through its undersigned counsel of record, and Plaintiff Jane Doe ("Plaintiff"), by and through her  undersigned counsel of record, hereby stipulate and agree that that the responsive pleading deadline for Plaintiff's Complaint,

which is currently set for December 17, 2025, be extended for a period of three (3) weeks, until Thursday, January 08, 2026. This request is submitted pursuant to LR IA 6-1 and LR IA 6-2 and is Defendant's first request for an extension of time to respond to Plaintiff's First Amended Complaint.

Good cause exists for this extension. The parties are currently meeting and discussing potential resolution and request more time to meet with their clients and evaluate their options. Parties believe a twenty-one (21) day extension will suffice.

Plaintiff's counsel has courteously agreed to this extension of time for Defendant to file its responsive pleading. This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

Accordingly, Defendant shall have up to and including January 08, 2026, to respond to Plaintiff's First Amended Complaint.

DATED:  December 15, 2025

**BAUTE CROCHETIERE HARTLEY & McCOY** LLP

*/s/ Mark D. Baute*
MARK D. BAUTE, ESQ.
ARTYOM BAGHDISHYAN, ESQ.
MATHEW RALPH M. SANTIAGO, ESQ.
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
*Attorneys for Defendant Caden Fletcher*

**PEIFFER WOLF CARR KANE CONWAY & WISE**

*/s/ Brian J. Perkins*
BRIAN J. PERKINS, ESQ.
555 Montgomery Street, Suite 820
San Francisco, California 94111
*Attorneys for Plaintiff Jane Doe*

DATED:  December 15, 2025

**PRHLAW**LLC

*/s/Charles H. McCrea*
PAUL R. HEJMANOWSKI, ESQ.
CHARLES H. MCCREA, ESQ.
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
*Attorneys for Defendant Caden Fletcher*

**PAUL PADDA LAW, PLLC**

*/s/ Paul S. Padda*
PAUL S. PADDA, ESQ.
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
*Attorneys for Plaintiff Jane Doe*

**IT IS SO ORDERED.**

**DATED:** December 17, 2025

UNITED STATES MAGISTRATE JUDGE