**PRHLAW LLC**
PAUL R. HEJMANOWSKI (State Bar No. 94)
paul@prhlawllc.com
CHARLES H. McCREA (State Bar No. 104)
charles@prhlawllc.com
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 834-6166

**BAUTE CROCHETIERE HARTLEY & McCOY LLP**
MARK D. BAUTE (CA State Bar No. 127329)
mbaute@bautelaw.com
ARTYOM BAGHDISHYAN (CA State Bar No. 299113)
abaghdishyan@bautelaw.com
MATHEW RALPH M. SANTIAGO (CA State Bar No. 358876)
msantiago@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
CADEN FLETCHER

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS for the NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA RENO; and CADEN FLETCHER (individually),<br><br>        Defendants. | **Case No. 3:25-cv-00364-MMD-CLB**<br><br>**ORDER GRATING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CADEN FLETCHER TO FILE HIS RESPONSIVE PLEADING TO PLAINTIFF'S UNVERIFIED FIRST AMENDED COMPLAINT**<br><br>[ECF No. 17] |

*Left margin vertical text:* BAUTE CROCHETIERE HARTLEY & McCOY LLP · 777 South Figueroa Street, Suite 3800 · Los Angeles, CA 90017 · Tel (213) 630-5000 · Fax (213) 683-1225

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CADEN FLETCHER TO FILE HIS RESPONSIVE PLEADING TO PLAINTIFF'S UNVERIFIED FIRST AMENDED COMPLAINT

1    Defendant Caden Fletcher ("Defendant"), by and through its undersigned

2  counsel of record, and Plaintiff Jane Doe ("Plaintiff"), by and through her

3  undersigned counsel of record, hereby stipulate and agree that that the responsive

4  pleading deadline for Plaintiff's Complaint, which is currently set for January 08,

5  2026, be extended for a period of two (2) weeks, until Thursday, January 22, 2026.

6  This request is submitted pursuant to LR IA 6-1 and LR  IA 6-2 and is Defendant's

7  second request for an extension of time to respond to Plaintiff's First Amended

8  Complaint ("FAC"). Defendant's deadline to respond to the FAC was previously

9  extended from December 17, 2025, to January 8, 2026, by stipulation filed with the

10  Court on December 16, 2025.

11    Good cause exists for this extension. The Parties had productive settlement

12  discussions in December 2025 and have reached an agreement in principle.

13  Additional time is needed to reduce the settlement terms to writing, and the Parties

14  believe a fourteen (14) day extension will be sufficient.

15    This Stipulation was prepared by counsel for Defendant with the consent of

16  Plaintiff and is made in good faith and not for purposes of delay.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

BAUTE CROCHETIERE HARTLEY & McCOY LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CADEN FLETCHER TO FILE HIS
RESPONSIVE PLEADING TO PLAINTIFF'S UNVERIFIED FIRST AMENDED COMPLAINT**

Accordingly, Defendant shall have up to and including January 22, 2026, to respond to Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED.**

DATED:  January 8, 2026

**BAUTE CROCHETIERE HARTLEY & McCOY LLP**

By: /s/ Artyom Baghdishyan

MARK D. BAUTE
ARTYOM BAGHDISHYAN
MATHEW RALPH M. SANTIAGO
777 South Figueroa Street, Suite 3800
Los Angeles, CA  90017

Attorneys for Defendant CADEN FLETCHER


DATED:  January 8, 2026

**PEIFFER WOLF CARR KANE CONWAY & WISE**

By: /s/ Brian J. Perkins

BRIAN J. PERKINS, ESQ.
555 Montgomery Street, Suite 820
San Francisco, CA 94111

Attorneys for Plaintiff JANE DOE

DATED:  January 8, 2026

**PRHLAW LLC**

By: /s/ Charles H. McCrea

PAUL R. HEJMANOWSKI, ESQ.
CHARLES H. MCCREA, ESQ.
520 South Fourth Street, Suite 360
Las Vegas, NV 89101

Attorneys for Defendant CADEN FLETCHER


DATED:  January 8, 2026

**PAUL PADDA LAW, PLLC**

By: /s/ Paul S. Padda

PAUL S. PADDA, ESQ.
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, NV 89103

Attorneys for Plaintiff JANE DOE

**IT IS SO ORDERED.**

**DATED:** January 8, 2026

_____
UNITED STATES MAGISTRATE JUDGE

BAUTE CROCHETIERE HARTLEY & McCOY LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225