**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-608-7814

*Attorneys for Defendant*
*Board of Regents of the Nevada System of*
*Higher Education, on behalf of the*
*University of Nevada, Reno*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, | Case No. 3:25-cv-00364-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND DEFENDANT BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO'S TIME TO RESPOND TO AMENDED COMPLAINT** |
| STATE OF NEVADA ex rel. BOARD OF REGENTS for the NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA RENO; and CADEN FLETCHER (individually), | |
| Defendants. | [ECF No. 19] |

Defendant Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Reno ("UNR" or "Defendant") and Plaintiff Jane Doe ("Plaintiff"), hereby file this Stipulation and Order to Extend UNR's Time to respond to Plaintiff's Amended Complaint. (ECF No. 8.)

IT IS HEREBY STIPULATED AND AGREED that UNR shall have an extension up to and including March 2, 2026, to file its response to Plaintiff's Amended Complaint. This Stipulation is submitted and based upon the following:

1.      Plaintiff filed her Complaint on July 17, 2025. (ECF No. 1.)

2.      On October 2, 2025, Plaintiff filed an Amended Complaint.

/ / /

1

3.    The Amended Complaint did not add or remove any parties or claims. Rather, the Plaintiff made minor typographical changes to the name of the Defendant and certain allegations in the pleading.

4.    Pursuant to NRS 41.031(2), service of the Amended Complaint on UNR was effectuated on December 26, 2025. (ECF No. 16.)

5.    The parties are currently discussing the need for further amendment to the pleadings; therefore, the parties stipulate and agree that an extension of time to respond to the Amended Complaint is necessary.

6.    UNR shall have an extension up to and including March 2, 2026, to file its response to Plaintiff's Amended Complaint.

7.    This is the first request for an extension of time for UNR to file a response to the Amended Complaint. This extension is sought in good faith and not for the purpose of undue delay.

Dated this 21st day of January 2026.

HONE LAW

/s/Jennifer W. Arledge
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendant*
BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO

Dated this 21st day of January 2026.

PAUL PADDA LAW, PLLC

/s/Ravi Chanderrai
Paul S. Padda, NV Bar No. 10417
Ravi Chanderraj, NV Bar No. 17053
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103

Brian J. Perkins
PEIFFER WOLF CARR KANE CONWAY & WISE
555 Montgomery Street, Suite 820
San Francisco, California 94111
bperkins@peifferwolf.com
*Application for Pro Hac Vice Admission to be filed*

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATE:** January 23, 2026

2