**PRHLAW LLC**
PAUL R. HEJMANOWSKI (State Bar No. 94)
paul@prhlawllc.com
CHARLES H. McCREA (State Bar No. 104)
charles@prhlawllc.com
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
Telephone:  (702) 834-6166

**BAUTE CROCHETIERE HARTLEY & McCOY LLP**
MARK D. BAUTE (CA SBN 127329) *(pro hac vice app forthcoming)*
mbaute@bautelaw.com
ARTYOM BAGHDISHYAN (CA SBN (299113) *(pro hac vice app forthcoming)*
abaghdishyan@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
CADEN FLETCHER

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS for the NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA RENO; and CADEN FLETCHER (individually),<br><br>      Defendants. | **Case No. 3:25-cv-00364-MMD-CLB**<br><br>Action Filed:   July 17, 2025<br>FAC Filed:      October 2, 2025<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CADEN FLETCHER TO FILE HIS RESPONSIVE PLEADING TO PLAINTIFF'S UNVERIFIED FIRST AMENDED COMPLAINT**<br><br>[ECF No. 20] |

BAUTE CROCHETIERE HARTLEY & McCOY LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

5367008.1

1

Defendant Caden Fletcher ("Defendant"), by and through its undersigned counsel of record, and Plaintiff Jane Doe ("Plaintiff"), by and through her undersigned counsel of record, hereby stipulate and agree that that the responsive pleading deadline for Plaintiff's Complaint, which is currently set for January 22, 2026, be extended for a period of eight (8) days, until Friday, January 30, 2026. This request is submitted pursuant to LR IA 6-1 and LR  IA 6-2 and is Defendant's third request for an extension of time to respond to Plaintiff's First Amended Complaint.

Good cause exists for this extension. The parties have met and have reached a tentative resolution of all claims regarding the Defendant. Parties are confident this short and final extension will be sufficient to finalize the written agreement.

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CADEN FLETCHER TO FILE HIS RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

BAUTE CROCHETIERE HARTLEY & McCOY LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

Accordingly, Defendant shall have up to and including January 30, 2026, to respond to Plaintiff's First Amended Complaint.

DATED:  January 22, 2026

**BAUTE CROCHETIERE HARTLEY & McCOY LLP**

By:  /s/ Mark D. Baute
    MARK D. BAUTE
    ARTYOM BAGHDISHYAN
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017

Attorneys for Defendant CADEN FLETCHER

DATED:  January 22, 2026

**PEIFFER WOLF CARR KANE CONWAY & WISE**

By:  /s/ Brian J. Perkins
    BRIAN J. PERKINS, ESQ.
555 Montgomery Street, Suite 820
San Francisco, California 94111

Attorneys for Plaintiff JANE DOE

DATED:  January 22, 2026

**PRHLAW LLC**

By:  /s/ Charles McCrea
PAUL R. HEJMANOWSKI, ESQ.
CHARLES H. MCCREA, ESQ.
520 South Fourth Street, Suite 360
Las Vegas, NV 89101

Attorneys for Defendant CADEN FLETCHER

DATED:  January 22, 2026

**PAUL PADDA LAW, PLLC**

By:  /s/ Paul S. Padda, Esq.
    PAUL S. PADDA, ESQ.
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103

Attorneys for Plaintiff JANE DOE

**IT IS SO ORDERED.**

**DATED:** January 23, 2026

_____
UNITED STATES MAGISTRATE JUDGE

BAUTE CROCHETIERE HARTLEY & McCOY LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CADEN FLETCHER TO FILE HIS RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**