# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JANE DOE,

         Plaintiff,

  v.

STATE OF NEVADA EX. REL. BOARD OF REGENTS FOR THE NEVADA STATE SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF RENO,

         Defendant.

Case No. 3:25-CV-00364-MMD-CLB

**ORDER DENYING STIPLUATION FOR EXTENSION OF TIME**

[ECF No. 28]

Before the Court is the parties' stipulation for extension of time for Defendant to respond to Plaintiff's amended complaint. (ECF No. 28.) This is the fourth such request. In granting the previous stipulation for extension of time to respond to the amended complaint, the Court explicitly stated that "no further extensions of time will be granted absent extraordinary circumstances." (ECF No. 27 at 2.) Here, the only basis for requesting an extension is that the "parties are discussing a potential resolution" and a claim that requiring UNR to respond would be an unnecessary expenditure at this time. (ECF No. 28.) However, Plaintiff's Amended Complaint was filed on October 8, 2025, (ECF No. 8), and the deadline for responding has been extended multiple times over the last six months. (ECF Nos. 21, 25, 27.) Accordingly, the Court finds that the parties' efforts to work toward a resolution does not establish good cause to grant this request, much less that extraordinary circumstances exist. (*See* ECF No. 28.) Consequently, the parties' stipulation for extension of time, (ECF No. 28), is **DENIED**.

  **IT IS THEREFORE ORDERED** that Defendants shall file a response to the amended complaint on or before May 15, 2026.

  **DATED**: May 6, 2026.

                   
_____
**UNITED STATES MAGISTRATE JUDGE**