IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JANE DOE,

Plaintiff,

vs.

STATE OF NEVADA ex rel. BOARD OF REGENTS for the NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA RENO; and CADEN FLETCHER (individually),

Defendants.

Case No. 3:25-cv-00364-MMD-CLB

**ORDER FOR THE PARTIES TO FILE STIPULATION DISMISSING THE MATTER OR STATUS REPORT ON OR BEFORE NOVEMBER 1, 2026.**

The Court, having considered the Defendant's Independent Status Report dated September 1, 2026, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties either file a stipulation dismissing the matter or a status report on or before November 1, 2026.

**IT IS SO ORDERED**

DATED: September 2, 2026

**UNITED STATES DISTRICT JUDGE**