**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone 702-608-3720
Fax 702-608-7814

*Attorneys for Defendant*
*Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Reno*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS for the NEVADA SYSTEM OF HIGHER EDUCATION on behalf of UNIVERSITY OF NEVADA RENO; and CADEN FLETCHER (individually),<br><br>Defendants. | Case No. 3:25-cv-00364-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Jane Doe ("Plaintiff") and Defendant Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Reno ("UNR" or "Defendant") (jointly, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to dismiss this case in its entirety, with prejudice, each party to bear its own attorney's fees and costs. This stipulation is made pursuant to FRCP 41(a)(1)(A)(ii) and resolves all claims in the case.

/ / /

/ / /

/ / /

There are no upcoming hearings or trial set in this matter.

IT IS SO STIPULATED.

Dated this 16th day of October 2026.

HONE LAW

Jennifer W. Arledge

Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendant*
*BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO*

Dated this 16th day of October 2026.

PAUL PADDA LAW, PLLC

*/s/ Brian J. Perkins*

Paul S. Padda, NV Bar No. 10417
psp@paulpaddalaw.com
4560 S. Decatur Boulevard, Suite 300
Las Vegas, NV 89103

Brian J. Perkins
bperkins@peifferwolf.com
PEIFER WOLF CARR KANE CONWAY & WISE
555 Montgomery Street, Suite 820
San Francisco, CA 94111

*Attorneys for Plaintiff*

**ORDER**

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, IT IS HERBY ORDERED that the Plaintiff's First Amended Complaint is dismissed in its entirety, with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: October 19, 2026

UNITED STATES DISTRICT JUDGE

Submitted by:

HONE LAW

Jennifer W. Arledge

Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendant*
*BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, RENO*